# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DUFFY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　　　　　　　　　　Defendant. | Case No.: 20-CV-1551-WVG<br><br>**ORDER ON JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Pending before the Court is the Parties' October 25, 2022 Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Justice Act, 28 U.S.C. section 2412(d) ("Joint Motion"). (Doc. No. 22.) Based upon the Parties' submission and their stipulation to the fee award, the Court **GRANTS** the Joint Motion and awards to Plaintiff attorney's fees in the amount of $5,500.00, subject to the terms of the Joint Motion, including, but not limited to, any offset as determined by the Government.

**IT IS SO ORDERED**.

DATED: October 26, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3:20-cv-1747-WVG